UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TIGER SOURCING (HK) LIMITED,                           :
                                                                      : 08-CV-3846 (CLB)
                Plaintiff,          :
                                :
      v.                                     :
                                   : **STIPULATION** & ORDER
GMAC COMMERCIAL FINANCE                       :
CORPORATION f/k/a GMAC COMMERCIAL    :
FINANCE-CANADA and SUMMIT BRIDGE       :
NATIONAL INVESTMENTS, LLC.,                       :
                                                         :
                Defendants.        :
------------------------------------------------------------ X

        It is hereby stipulated and agreed by and between the undersigned that defendant GMAC Commercial Finance's time to respond to the Complaint in this action is extended from May 29, 2008, to and including June 12, 2008.

Dated: May 28, 2008

RATTET, PASTERNAK & GORDON          OTTERBOURG, STEINDLER, HOUSTON &
OLIVER, LLP                                                  ROSEN, P.C.

By:   s/Scott A. Steinberg                         By:   s/Richard G. Haddad
       Scott A. Steinberg [SS-8646]                      Richard G. Haddad [RH-6438]

550 Mamaroneck Avenue                          230 Park Avenue
Harrison, New York 10528                        New York, New York 10169
(914) 381-7400                                       (212) 661-9100
Attorneys for Plaintiff Tiger Sourcing (KH)       Attorneys for GMAC Commercial Finance,
Limited                                               sued herein as "GMAC Commercial Finance
                                                     Corporation f/k/a/ GMAC Commercial
                                                     Finance-Canada"

SO ORDERED:
May 29, 2008

_Charles L. Brieant_
          U.S.D.J.

1036409.1