UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIGER SOURCING (HK),

                                                  Plaintiff,

                v.                              08-CV-3846 (CLB)

GMAC COMMERCIAL FINANCE
CORPORATION f/k/a GMAC COMMERCIAL
FINANCE-CANADA and SUMMIT BRIDGE
NATIONAL INVESTMENTS, LLC,

                                                  Defendants.
-----------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

      PLEASE TAKE NOTICE THAT, pursuant to Fed.R. Civ.P. Rule 5, Rattet, Pasternak & Gordon-Oliver, LLP hereby appears as Counsel to Plaintiff in the above captioned case. It is requested that copies of any and all notices, pleadings, and orders be sent to:

                RATTET, PASTERNAK & GORDON-OLIVER LLP
                          550 Mamaroneck Avenue
                          Harrison, New York 10528
                       Attn: Richard J. Rubin, Esq.
                    Attn: James B. Glucksman, Esq.
                      Tel. No. (914) 381-7400
                      Fax No. (914) 381-7406

Dated:  Harrison, New York
          June 3, 2008

                          RATTET, PASTERNAK & GORDON-OLIVER LLP
                          Attorneys for the Plaintiff
                          550 Mamaroneck Avenue
                          Harrison, New York 10528
                          (914) 381-7400

                          By: /s/ James B. Glucksman_____
                            James B. Glucksman (25722)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TIGER SOURCING (HK),

                              Plaintiff,

                v.                          08-CV-3846 (CLB)

GMAC COMMERCIAL FINANCE
CORPORATION f/k/a GMAC COMMERCIAL
FINANCE-CANADA and SUMMIT BRIDGE
NATIONAL INVESTMENTS, LLC,

                              Defendants.
----------------------------------------------------------------X

## **AFFIRMATION OF SERVICE**

      James B. Glucksman, an attorney duly admitted to practice in the Courts of the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York affirms, under penalty of perjury, that Affiant is not a party to the action and is over 18 years of age and is an employee of the law firm of Rattet, Pasternak & Gordon-Oliver, LLP, 550 Mamaroneck Avenue, Harrison, New York 10528, and that on the 3rd day of June, 2008 Affiant served a copy of the Notice of Appearance upon the parties listed on the attached service list, by depositing same in an exclusive depository under the custody and control of the United States Postal Service in the State of New York.

Dated: June 3, 2008

                                                            /s/ James B. Glucksman
                                                           _____
                                                           James B. Glucksman

**SERVICE LIST**

Richard G. Haddad, Esq.
Otterbourg, Steindler, Houston &
Rosen, P.C.
Attorneys for GMAC Commercial
Finance, Sued herein as "GMAC
Commercial Finance Corporation f/k/a
GMAC Commercial Finance-Canada"
230 Park Avenue
New York, New York  10169
(212) 661-9100


Jordan W. Siev, Esq.
Reed Smith LLP
Attorneys for Defendant Summit Bridge
National Investments, LLC
599 Lexington Avenue
New York, New York  10022
(212) 521-5400