UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TIGER SOURCING (HK) LIMITED**
                                  Plaintiff(s), Petitioner(s)
   *against*

**GMAC COMMERCIAL FINANCE CORPROATION FKA
GMAC COMMERICAL FINANCE CANADA & SUMMIT BRIDE
NATIONAL INVESTMENTS, LLC**
                                  Defendant(s), Respondent(s)

ATTORNEY: Rattet Pasternak & Gordon Oliver, LLP

Index No.: 08-CIV 3846

DATE OF FILING: 4/23/2008

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, Matthew Matles, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Kew Gardens, NY.

That on **May 8, 2008 at 10:14 AM at 1290 Avenue of the Americas, 3rd Floor, New York, NY 10020**, deponent served the **Summons in a Civil Action & Civil Complaint & Civil Cover Sheet** upon **GMAC Commercial Finance**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each to **Raymond Herbert** personally, a person who claimed to be an authorized agent to receive process service for **GMAC Commercial Finance**. Deponent knew said Corporation so served to be the Corporation described in said Summons in a Civil Action & Civil Complaint & Civil Cover Sheet as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **General Counsel** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:  Sex: **Male** Skin: **White** Hair: **Black** Age(Approx): **50-60** Height(Approx): **5' 9"** Weight(Approx): **150-160 lbs**
Other: **Balding**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Matthew Matles,  License No. 1249479

Sworn to before me on May 12, 2008

_____
Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

Executive Attorney Service (516) 333-3447
Case No.: 92510