# Rattet, Pasternak & Gordon-Oliver, LLP

A LIMITED LIABILITY PARTNERSHIP

*Attorneys at Law*

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
Fax: (914) 381-7406
www.rattetlaw.com

NY OFFICE
295 Madison Avenue, 19th Floor
New York, New York 10017
(212) 677-6900

PLEASE REPLY TO HARRISON OFFICE

June 4, 2008

United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Attn: Chambers of Judge Charles L. Brieant
    Alice Cama, Deputy

    Re: Tiger Sourcing (HK) Limited v. GMAC et al.
        Case No. 08-CV-3846 (CLB)

Dear Ms. Cama:

Pursuant to our conversation, I enclose herewith the consent of all counsel to the adjournment of the Case Management Conference from June 13, 2008 to June 27, 2008 at 9 A.M. Thank you for your courtesy.

Very truly yours

Richard Rubin

*[Handwritten memo endorsed: "MEMO ENDORSED  Application Granted  So Ordered  Charles L. Brieant  6/10/08  USDJ"]*

06/04/2008 14:22 FAX 9143817416  RATTET PASTERNAK & GO  ☐003/004
Case 7:08-cv-03846-CLB   Document 6   Filed 06/10/2008   Page 2 of 3
04-JUN-2008 10:08AM  FROM-  T-192 P.002/002 F-325

06/03/2008 13:13 FAX 8143817416  RATTET PASTERNAK & GO.  ☐002/002

UNITED STATES BANKRPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIGER SOURCING (HK)             :    08-CV-3846 (CLB)
                                :
         Plaintiff,             :
                                :
    v.                          :    **STIPULATION**
                                :
GMAC COMMERCIAL FINANCE         :
CORPORATION f/k/a GMAC COMMERCIAL :
FINANCE-CANADA and SUMMIT BRIDGE :
NATIONAL INVESTMENTS, LLC,      :
                                :
         Defendants.            :
------------------------------------------------------------X

It is hereby stipulated and agreed by and between the undersigned that the Case Management and Scheduling Conference, heretofore scheduled for June 13, 2008 at 9:30 A.M. at the United States Courthouse, White Plains, New York, is adjourned for all purposes until June 27, 2008 at 9 A.M.

Dated: June __, 2008

RATTET, PASTERNAK & GORDON-          OTTERBOURG, STEINDLER,
OLIVER, LLP                          HOUSTON & ROSEN, P.C.

By: _____        By: _____
     Richard J. Rubin (RR-6564)           Richard G. Haddad (RH-6438)

550 Mamaroneck Avenue                230 Park Avenue
Harrison, New York 10528             New York, New York 10169
(914) 381-7400                       (212) 661-9100
Attorneys for Plaintiff Tiger Sourcing (HK)  Attorneys for GMAC Commercial Finance,
Limited                              Sued herein as "GMAC Commercial
                                     Finance Corporation f/k/a GMAC
                                     Commercial Finance-Canada"

SO ORDERED:                          REED SMITH LLP
                                     By: _____
                                          Jordan W. Siev (JS-8043)
_____            599 Lexington Avenue
           U.S.D.J.                  New York, New York 10022
                                     (212) 521-5400
                                     Attorneys for Defendant Summit Bridge
                                     National Investments, LLC

1

06/04/2008 16:22 FAX 9143817466 RATTET PASTERNAK
Case 7:08-cv-03846-CLB    Document 6    Filed 06/10/2008    Page 3 of 3    ☒004/004

06/03/2008 13:10 FAX 9143817406    RATTET PASTERNAK&GO.    ☒002/002

UNITED STATES BANKRPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TIGER SOURCING (HK)                 :      08-CV-3846 (CLB)
                                    :
        Plaintiff,                  :
                                    :
    v.                              :      STIPULATION
                                    :
GMAC COMMERCIAL FINANCE             :
CORPORATION f/k/a GMAC COMMERCIAL   :
FINANCE-CANADA and SUMMIT BRIDGE    :
NATIONAL INVESTMENTS, LLC,          :
                                    :
        Defendants.                 :
----------------------------------------X

It is hereby stipulated and agreed by and between the undersigned that the Case Management and Scheduling Conference, heretofore scheduled for June 13, 2008 at 9:30 A.M. at the United States Courthouse, White Plains, New York, is adjourned for all purposes until June 27, 2008 at 9 A.M.

Dated: June ___, 2008

RATTET, PASTERNAK & GORDON-          OTTERBOURG, STEINDLER,
OLIVER, LLP                          HOUSTON & ROSEN, P.C.

By: _____          By: _____
     Richard J. Rubin (RR-6564)           Richard G. Haddad (RH-6438)

550 Mamaroneck Avenue                230 Park Avenue
Harrison, New York 10528             New York, New York 10169
(914) 381-7400                       (212) 661-9100
Attorneys for Plaintiff Tiger Sourcing (HK)   Attorneys for GMAC Commercial Finance,
Limited                              Sued herein as "GMAC Commercial
                                     Finance Corporation f/k/a GMAC
                                     Commercial Finance-Canada"



SO ORDERED:                          REED SMITH LLP
                                     By: _____
_____                   Jordan W. Siev (JS-8043)
           U.S.D.J.                  599 Lexington Avenue
                                     New York, New York 10022
                                     (212) 521-5400
                                     Attorneys for Defendant Summit Bridge
                                     National Investments, LLC

1