UNITED STATES BANKRPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TIGER SOURCING (HK)                    :    08-CV-3846 (CLB)
                                       :    MEMO ENDORSED
          Plaintiff,                   :
                                       :
     v.                                :    STIPULATION
                                       :
GMAC COMMERCIAL FINANCE                :    Application Granted
CORPORATION f/k/a GMAC COMMERCIAL      :    So Ordered
FINANCE-CANADA and SUMMIT BRIDGE       :    Charles L. Brieant
NATIONAL INVESTMENTS, LLC,             :    6/9/08      USDJ
                                       :
          Defendants.                  :
------------------------------------------------------------x

It is hereby stipulated and agreed by and between the undersigned that the Case Management and Scheduling Conference, heretofore scheduled for June 13, 2008 at 9:30 A.M. at the United States Courthouse, White Plains, New York, is adjourned for all purposes until June 27, 2008 at 9 A.M.

Dated: June __, 2008

RATTET, PASTERNAK & GORDON-          OTTERBOURG, STEINDLER,
OLIVER, LLP                          HOUSTON & ROSEN, P.C.

By: _____          By: _____
     Richard J. Rubin (RR-6564)           Richard G. Haddad (RH-6438)

550 Mamaroneck Avenue                230 Park Avenue
Harrison, New York 10528             New York, New York 10169
(914) 381-7400                       (212) 661-9100
Attorneys for Plaintiff Tiger Sourcing (HK)   Attorneys for GMAC Commercial Finance,
Limited                              Sued herein as "GMAC Commercial
                                     Finance Corporation f/k/a GMAC
                                     Commercial Finance-Canada"

SO ORDERED:                          REED SMITH LLP

                                     By: _____
_____                   Jordan W. Siev (JS-8043)
           U.S.D.J.                  599 Lexington Avenue
                                     New York, New York 10022
                                     (212) 521-5400
                                     Attorneys for Defendant Summit Bridge
                                     National Investments, LLC

1

06/03/2008 13:10 FAX 9143817406    RATTET PASTERNAK&GO    ☒002/002

UNITED STATES BANKRPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIGER SOURCING (HK)                           :    08-CV-3846 (CLB)
                                              :
           Plaintiff,                         :
                                              :
    v.                                        :    **STIPULATION**
                                              :
GMAC COMMERCIAL FINANCE                       :
CORPORATION f/k/a GMAC COMMERCIAL             :
FINANCE-CANADA and SUMMIT BRIDGE              :
NATIONAL INVESTMENTS, LLC,                    :
                                              :
           Defendants.                        :
------------------------------------------------------------X

It is hereby stipulated and agreed by and between the undersigned that the Case Management and Scheduling Conference, heretofore scheduled for June 13, 2008 at 9:30 A.M. at the United States Courthouse, White Plains, New York, is adjourned for all purposes until June 27, 2008 at 9 A.M.

Dated: June ___, 2008

| RATTET, PASTERNAK & GORDON-OLIVER, LLP | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. |
|---|---|
| By: _____<br>Richard J. Rubin (RR-6564) | By: _____<br>Richard G. Haddad (RH-6438) |
| 550 Mamaroneck Avenue<br>Harrison, New York 10528<br>(914) 381-7400<br>Attorneys for Plaintiff Tiger Sourcing (HK) Limited | 230 Park Avenue<br>New York, New York 10169<br>(212) 661-9100<br>Attorneys for GMAC Commercial Finance, Sued herein as "GMAC Commercial Finance Corporation f/k/a GMAC Commercial Finance-Canada" |
| SO ORDERED: _____<br>U.S.D.J. | REED SMITH LLP<br>By: _____<br>Jordan W. Siev (JS-8043)<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400<br>Attorneys for Defendant Summit Bridge National Investments, LLC |

1