UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TIGER SOURCING (HK) LIMITED,

                Plaintiff,                08 Civ. 3846 (CLB)

        v.

GMAC COMMERCIAL FINANCE CORPORATION F/K/A    **NOTICE OF MOTION**
GMAC COMMERCIAL FINANCE-CANADA AND                 **TO DISMISS COMPLAINT**
SUMMIT BRIDGE NATIONAL INVESTMENTS, LLC,

                Defendants.

------------------------------------------------------------x

        PLEASE TAKE NOTICE, that upon the Affidavit of Jeffrey A. Dowd, sworn to on June 12, 2008, and the accompanying Memorandum of Law, defendant GMAC Commercial Finance Corporation-Canada, incorrectly named herein as "GMAC Commercial Finance Corporation f/k/a GMAC Commercial Finance-Canada" will move this Court on July 11, 2008 at 10:00 a.m., pursuant to Fed. R. Civ. P. 12(b)(1) and 28 U.S.C. § 1332, for an Order dismissing this action for lack of subject matter jurisdiction, together with costs and such other and further relief as to which movant may be entitled.

        PLEASE TAKE FURTHER NOTICE, that in accordance with Local Civil Rule 6.1(b), opposing papers shall be served within ten (10) business days of service of the

1050069.1

moving papers, and reply papers shall be served within five (5) business days after service of the opposing papers.

Dated: New York, New York
      June 12, 2008

                    OTTERBOURG, STEINDLER, HOUSTON
                          & ROSEN, P.C.

                              /s/ Richard G. Haddad
By: _____
                          Richard G. Haddad (RH 6438)
                          A Member of the Firm
Attorneys for Defendant
GMAC Commercial Finance Corporation-Canada
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100