UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
TIGER SOURCING (HK) LIMITED,                :
                                            :   08 Civ. 3846 (CLB)
                        Plaintiff,          :
                                            :
            v.                              :
                                            :
GMAC COMMERCIAL FINANCE                     :
CORPORATION f/k/a GMAC COMMERCIAL           :
FINANCE-CANADA and SUMMIT BRIDGE            :
NATIONAL INVESTMENTS, LLC.,                 :
                                            :
                        Defendants.         :
------------------------------------------------------------- X

## CERTIFICATE PURSUANT TO RULE 7.1(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendant GMAC Commercial Finance Corporation - Canada ("GMAC CF-Canada"), incorrectly named herein as GMAC Commercial Finance Corporation f/k/a GMAC Commercial Finance-Canada, states that the corporate parent of GMAC CF-Canada is GMAC Commercial Finance LLC, which is owned by GMAC LLC, which is owned by General Motors Corporation and an investment consortium consisting of the subsidiaries of Citigroup Inc., Azora Bank Ltd., The PNC Financial Services Group, Inc., and Cerberus FIM Investors, LLC.

Dated:  New York, New York
        June 12, 2008

                                        OTTERBOURG, STEINDLER, HOUSTON
                                               & ROSEN, P.C.

                                        By:    /s/ Richard G. Haddad
                                               Richard G. Haddad (RH-6438)
                                               A Member of the Firm
                                        230 Park Avenue
                                        New York, NY 10169-0075
                                        (212) 661-9100
                                        Attorneys for Defendant GMAC Commercial
                                        Finance Corporation - Canada

1049868.1