RATTET, PASTERNAK & GORDON OLIVER, LLP
Attorneys for the Plaintiff
550 Mamaroneck Avenue  Suite 510
Harrison, New York  10528
(914) 381-7400
Richard J. Rubin

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TIGER SOURCING (HK),

                          Plaintiff,

                 v.                          08-CV-3846 (CLB)

GMAC COMMERCIAL FINANCE
CORPORATION f/k/a GMAC COMMERCIAL
FINANCE-CANADA and SUMMIT BRIDGE
NATIONAL INVESTMENTS, LLC,

                          Defendants.
---------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

     PLEASE TAKE NOTICE, that as a result of the summons and complaint commencing the above Civil Action having been filed and duly served on all parties, and no answer and no motion for summary judgment having been filed, the Civil Action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a).

Dated:  Harrison, New York
        June 16, 2008

                                        RATTET, PASTERNAK & GORDON OLIVER, LLP
                                        Attorneys for the Plaintiff
                                        550 Mamaroneck Avenue  Suite 510
                                        Harrison, New York  10528
                                        (914) 381-7400

                                          /s/ Richard J. Rubin
                               By:_____
                                   Richard J. Rubin