UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TIGER SOURCING (HK) LIMITED,

          Plaintiff,

          v.

GMAC COMMERCIAL FINANCE CORPORATION
F/K/A/ GMAC COMMERCIAL FINANCE CANADA
AND SUMMIT BRIDGE NATIONAL INVESTMENTS,
LLC.,

          Defendants.
------------------------------------------------------------X

08 Civ. 3846 (CLB)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendant Summit Bridge National Investments, LLC to answer, move against or otherwise respond to the complaint is hereby extended to and including June 20, 2008.

Dated: New York, New York
       June 2, 2008

REED SMITH LLP

By: _____
Jordan W. Siev (JS-8043)
599 Lexington Avenue
New York, New York 10022
Tel. (212) 521-5400

jsiev@reedsmith.com

*Attorneys for Defendant Summit Bridge
National Investments, LLC*

RATTET, PASTERNAK & GORDON-OLIVER, LLP

By: _____
Richard J. Rubin (RJR-6765)
550 Mamaroneck Avenue
Harrison, New York 10528
Tel. (914) 381-7400

*Attorneys for Plaintiff Tiger Sourcing (HK) Limited*

June ___, 2008
White Plains, NY

So Ordered.

_____
Charles L. Brieant
U.S.D.J.